IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DESTINY LACHELLE NILSEN,<br><br>Defendant. | CR 19–152–BLG–DLC<br><br>ORDER |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on June 11, 2020. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommended this Court accept Destiny Lachelle Nilsen's

1

guilty plea after Nilsen appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to transportation of a person with intent to engage in prostitution, and aided and abetted the same in violation of 18 U.S.C. §§ 2421 and 2 as charged in Count IX of the Second Superseding Indictment.

I find no clear error in Judge Cavan's Findings and Recommendation (Doc. 38), and I adopt them in full.

Accordingly, IT IS ORDERED that Destiny Lachelle Nilsen's motion to change plea (Doc. 30) is GRANTED and Destiny Lachelle Nilsen is adjudged guilty as charged in Count IX of the Second Superseding Indictment.

DATED this 26th day of June, 2020.

Dana L. Christensen, District Judge
United States District Court